UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAREN CHAGANTI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al., <br><br> Defendants. | Case No. 19-cv-07493-VKD <br><br> **ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE** |

Defendant Travelers Property Casualty Company of America's ("Travelers") has moved to dismiss for failure to state a claim, or alternatively for a more definite statement. Dkt. No. 10. Plaintiffs have moved to remand this action to state court. Dkt. No. 16. Although plaintiffs and Travelers have appeared and consented to proceed before a magistrate judge (Dkt. Nos. 8, 17), individual defendants Joseph Tancredy and Robert Killingsworth have not yet been served,[1] have not appeared, and have not consented. *See* Dkt. No. 15.

Absent the consent of all parties, this Court does not have jurisdiction over this matter and must refer the case to a district judge. 28 U.S.C. § 636; *Williams v. King*, 875 F.3d 500 (9th Cir. 2017). Accordingly, it is ordered that this case be reassigned to a district judge. All pending motion hearings and scheduled appearances are hereby vacated and will be reset by the newly assigned judge.

///

---

[1] The Court ordered plaintiffs to file proof of service of the complaint and summons on defendants Tancredy and Killingsworth by November 29, 2019, if such defendants had been served. Dkt. No. 14. Plaintiffs did not file proof of service.

**IT IS SO ORDERED.**

Dated: December 2, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge